**Order entered March 20, 2020**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00851-CR

**DESMOND RENARD FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-00024-Y**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for the appointment of counsel. On March 17, 2020, a supplemental clerk's record containing the appointment was filed. We **DIRECT** the Clerk to list Valencia Bush as appointed counsel for Mr. Fisher. All future correspondence shall be sent to Valencia Bush, 10000 North Central Expwy, Ste 400, Dallas, TX 75231.

Appellant's brief is **DUE** by **May 4, 2020**.

/s/ CORY L. CARLYLE
   JUSTICE